IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KYLE A. SAWYER,

      Appellant,

v.

Case No. 5D22-102
LT Case No. 2010-CF-9190-O-B

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 21, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

William R. Ponall, of Ponall Law,
Maitland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED. See Simmons v. State, 47 Fla. L. Weekly D315 (Fla. 5th DCA

Jan. 28, 2022).

EISNAUGLE, HARRIS and SASSO, JJ., concur.